# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**WILLIE EARL SCOTT,**         }
                               }
 **Petitioner,**            }
                               }
v.                             }   Case No.: 2:18-cv-01787-RDP
                               }
**TERRY RAYBON, Warden of William** }
**C. Holman Correctional Facility,** }
                               }
**Respondent.**                }

## Status Report

On January 29, 2025, the Court issued an order (the "Order") permitting counsel for petitioner Willie Earl Scott, Eric Schwartz and Sidley Austin LLP, to engage Angie Setzer of Equal Justice Initiative ("EJI") as a *Martinez* expert in Mr. Scott's case. Dkt. 33 at 3. The Court ordered Mr. Schwartz consult with Ms. Setzer within 30 days of that and to file a report on the status of this mater, which shall include a report of how much time Ms. Setzer estimates that she will need to study the record and document her *Martinez* findings. *Id.* Consistent with that Order, counsel provides the following report:

1. Sidley Austin engaged Ms. Setzer to perform a *Martinez* review, as permitted by the Order.

2. Sidley transferred the record in Mr. Scott's case to Ms. Setzer. This transfer consisted of thousands of pages of documents, including trial transcripts and exhibits, pleadings, and other documents.

3. Counsel conferred with Ms. Setzer after transferring the documents to discuss an anticipated timeframe to complete her *Martinez* review.

4. Given the volume of documents and Ms. Setzer's competing obligations, she anticipates she will be able to study the record and document her *Martinez* findings within 180 days.

5. Unless directed otherwise by the Court, counsel for Mr. Scott proposes filing an additional status update by August 28, 2025.

Respectfully submitted,

/s// *Eric B. Schwartz*

Eric B. Schwartz *
eschwartz@sidley.com
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

Michael F. Walker
mwalker@bradley.com
John Mark Goodman
jmgoodman@bradley.com
John E. Goodman
jgoodman@bradley.com

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000

Thomas P. Hanrahan *
tom@tphanrahan.com
TPHanrahan Dispute Solutions
P.O. Box 1326
Manhattan Beach, CA 90267
Telephone: (310) 871-4521
* *admitted pro hac vice*

*Counsel for Petitioner*
*Willie Earl Scott*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Eric B. Schwartz
Eric B. Schwartz

4923-2299-4464v.1